**UNDER SEAL**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N. C.

DEC 1 8 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR283-R |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| MICHAEL MARSHALL | ) | |
| a.k.a. MICHAEL ANTOINE MARSHALL | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 18th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE